```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 01900
   GEORGE A PRICE
   BETH A PRICE                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7749    SSN XXX-XX-6274
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 01/20/05 and confirmed on 04/14/05.

   2. The case was dismissed after confirmation, 05/30/2008.

   3. The Debtor paid a total of $ 10275.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 2200.00 | 378.32 | 1253.98 |
| INDYMAC | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC | MORTGAGE ARRE | 10024.08 | .00 | 6209.26 |
| PALISADES COLLECTION LLC | FILED LATE | .00 | .00 | .00 |
| ASTA II BANK ONE NATL LI | UNSECURED | 2070.51 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8025.63 | .00 | .00 |
| NCM TRUST | UNSECURED | 2802.58 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 854.50 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 1100.32 | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | 521.96 | .00 | .00 |
| JOLIET ONCOLOGY HEMATOLO | UNSECURED | 505.79 | .00 | .00 |
| RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 692.77 | .00 | .00 |
| SST INC | UNSECURED | 5505.88 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2310.65 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASTA II PROVIDIAN NATION | UNSECURED | 1900.65 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 318.94 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 259.30 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED      12224.08              .00       26869.48              .00       39093.56
PRINCIPAL PAID           7463.24              .00             .00              .00        7463.24
INTEREST PAID             378.32              .00             .00              .00         378.32
TOTAL PAID               7841.56              .00             .00              .00        7841.56
```
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   2500.00
and was paid $    500.00   direct and $   2000.00   through the plan.

The Trustee received $    433.44 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/19/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                PAGE   2
       CASE NO. 05 B 01900 GEORGE A PRICE & BETH A PRICE